IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANET McMULLEN,

    Plaintiff,

vs.                                      Case No. 4:08cv434-MMP/WCS

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

                                       /

## REPORT AND RECOMMENDATION

This case is before the court upon Plaintiff's unopposed motion for leave to withdraw her complaint pursuant to Fed. R. Civ. P. 41(a)(1) & (2).

It is therefore **RECOMMENDED** that the motion to dismiss be **GRANTED** and the clerk be directed to enter judgment pursuant to Fed. R. Civ. P. 41(a)(1) & (2).

**IN CHAMBERS** at Tallahassee, Florida, on June 5, 2009.

                                         s/    William C. Sherrill, Jr.
                                         **WILLIAM C. SHERRILL, JR.**
                                         **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:08cv434-MP/WCS