IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANET MC MULLEN,

    Plaintiff,

v.                                            CASE NO. 4:08-cv-00434-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the Plaintiff's Consent Motion to Voluntarily Dismiss be granted and the Clerk be directed to enter judgment pursuant to Fed. R. Civ. P. 41(a)(1) & (2). The time for filing objections has passed, and none have been filed. Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    The Consent Motion to Dismiss, Doc. 17, is granted, and the Clerk is directed to dismiss this action and close the file.

**DONE AND ORDERED** this  _9th_  day of July, 2009

                              *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge